**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of July, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re: SAMUEL E. SPARKS )
          Debtor ) Case No. 15-21443
           )

### ORDER APPROVING DEBTOR'S MOTION TO SHORTEN TIME TO RESPOND TO DEBTOR'S MOTION TO BORROW, DOCUMENT NUMBER 13

     Debtors' Motion to Borrow, Document number 13, was filed on July 15, 2015 in conjunction with a Motion to Shorten Time to Respond to Debtor's Motion. The Motion to Borrow, having been noticed with an opportunity for hearing and no objections filed the finds Debtor's Motion is granted. It is therefore

     ORDERED that said Motion to Borrow be granted and Debtor is permitted to incur additional indebtedness in that he is specifically permitted to borrow $52,697.00 at an estimated interest rate of 13%, for a loan term of 60 months with monthly payments of approximately $1,145.00, which shall be made directly by the Debtor;

     IT IS SO ORDERED

1

###

Respectfully submitted,
Reneau & Shernaman, L.L.C.

s/ Ryan J. Shernaman
Ryan J. Shernaman, KS 26654
4240 Blue Ridge Blvd., Suite 350
Kansas City, MO 64133
Phone: (816) 287-8080 / Fax: (816) 841-4153
Ryan@rslawkc.com
ATTORNEY FOR DEBTORS


Approved by

 s/ W.H. Griffin
Chapter 13 Trustee
W.H Griffin
5115 Roe Blvd,
Roeland Park, KS 66205